ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Sauer Incorporated ) ASBCA No. 61801
)
Under Contract No. W912HN-10-C-0054 )

APPEARANCE FOR THE APPELLANT:      Gina P. Grimsley, Esq.
                                    Sauer Incorporated
                                    Jacksonville, FL

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                    Zachary F. Jacobson, Esq.
                                    Engineer Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 19, 2019

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61801, Appeal of Sauer Incorporated, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals